UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DUKE ANTHONY WALKER,        )<br>                                                    )<br>            Plaintiff,                       )<br>      v.                                         )<br>                                                    )<br>ROBERT L. AYERS, JR., et al.,    )<br>                                                    )<br>            Defendants.                 )<br>_____) | Case No. 08-00260 CBM (AJW)<br><br>J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: ___12/01_____, 2008

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE